**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
05/08/2007
Log Number 512203130

RECEIVED
MAY 09 2007
C.R. BARD, INC.
LAW DEPT

**TO:** Stephen Long, General Counsel
C. R. Bard, Inc.
730 Central Avenue
New Providence, NJ, 07974

**RE:** **Process Served in Rhode Island**

**FOR:** Davol Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Beverly Diffee, Pltf. vs. C.R. Bard, Inc., et al. including Davol, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons for Service Outside the State, Complaint, Three (3) Memorandums to Clerk, Notice of Alternative Dispute Reolution Services |
| **COURT/AGENCY:** | Circuit Court of St. Louis County Missouri, MO<br>Case # 07CC-001600 U CV |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Re: Mesh Patch inserted on 4/18/2005 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/08/2007 at 10:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Robert Henry Pedroli, Esq.<br>Pedroli & Associates<br>7777 Bonhomme Avenue<br>Suite 2250<br>Clayton, MO, 63105<br>614-726-1817 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790243123569 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI, 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

EXHIBIT
tabbies
A

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

DIFFEE, BEVEREY
PLAINTIFF

VS

C R BARD INC ETAL
DEFENDANT

07CC-001600 U CV
CASE NUMBER

## SUMMONS FOR SERVICE OUTSIDE THE STATE

THE STATE OF MISSOURI TO: DEFENDANT (2)

DAVOL INC
CT CORPORATION SYSTEM - REG
10 WEYBOSSET STREET
PROVIDENCE RI 02903

YOU ARE SUMMONED TO APPEAR BEFORE THIS COURT AND TO FILE YOUR PLEADING TO THE PETITION, COPY OF WHICH IS ATTACHED, AND TO SERVE A COPY OF YOUR PLEADING UPON THE ATTORNEY OR PARTY WHOSE NAME AND ADDRESS IS LISTED BELOW ALL WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO FILE YOUR PLEADING, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.

*****SPECIAL NEEDS PHONE NUMBERS CHANGE EFFECTIVE 9-13-99 AS FOLLOWS******
CIRCUIT CLERK'S OFFICE 314/615-8029; FAX 314/615-8739; TTY 314/615-4567

DATE ISSUED: APRIL 18, 2007

ATTORNEY:

ROBERT HENRY PEDROLI
PEDROLI & ASSOCIATES
STE 2250
7777 BONHOMME AVENUE
CLAYTON MO 63105
(314) 726-1817

TRUE COPY - ATTEST

DEPUTY SHERIFF

5-17-07

JOAN M. GILMER, Circuit Clerk

By [signature]
Deputy Clerk

(JG)

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314/615-8029, FAX 314/615-8739, or TTY at 314/615-4567, at least three business days in advance of the court proceeding.**

**WHITE - Sheriff's Return** **YELLOW - Service Copy** **PINK - Court File**

STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| BEVERLY DIFFEE,<br><br>Plaintiff,<br><br>vs.<br><br>C. R. BARD, INC.,<br>Serve:<br>Registered Agent<br>CT Corporation System<br>10 Weybosset Street<br>Providence, RI 02903<br><br>and<br><br>DAVOL, INC.,<br>Serve:<br>Registered Agent<br>CT Corporation System<br>10 Weybosset Street<br>Providence, RI 02903<br><br>and<br><br>TENET HEALTH SYSTEM, DI, INC.<br>D/B/A DES PERES HOSPITAL,<br>Serve:<br>Registered Agent<br>The Corporation Company<br>120 S. Central Avenue<br>St. Louis, MO 63105<br><br>Defendants. | Cause No. 07CC-001600<br><br>Division No. 13 |

2007 APR 17 PM 4:33

Case 4:07-cv-01045-CEJ Document 1 Filed 05/30/2007 Page 4 of 36

PETITION FOR DAMAGES

COUNT I

Comes now plaintiff, Beverly Diffee, and for Count I of her cause of action against defendants C. R. Bard, Inc. and Davol, Inc., states to the Court as follows:

1. That at all times herein mentioned, plaintiff, Beverly Diffee, was and is a citizen of the State of Missouri.

2. That at all times herein mentioned, defendant, C. R. Bard, Inc. and Davol, Inc., were and are foreign corporations duly licensed and existing under the laws of the State of Delaware, with their principal place of business in the State of Rhode Island.

3. That C. R. Bard, Inc. and Davol, Inc., in the course of their business, manufactured, designed and sold a hernia mesh hereinafter referred to as the "Bard Composix 7.7" x 9.7" Mesh Patch X-Large Oval", Product Code 0010208, Lot # 43BPD339, (hereinafter "product").

4. That on April 18, 2005, plaintiff underwent surgery at Des Peres Hospital for repair of a ventral hernia with mesh, and the "product" was inserted into the wound and fixed into place, as it was intended to be used.

5. That at the time the "product" was designed, manufactured, distributed, supplied and put into the stream of commerce by defendants C. R. Bard, Inc. and Davol, Inc., it was

in a defective condition unreasonably dangerous when put to a reasonably anticipated use in the following respects:

a) That the "product" contained a "memory recoil ring" that has a propensity to break under the stress of normal use and placement of the "product" in the intra-abdominal space which can cause bowel perforations, punctures, gastro-intestinal leaks, chronic intestinal fistulae and other damage to internal organs.

b) That the "product" caused bowel damage and perforations after correct and intended placement in the body.

6. That as a direct and proximate result of the aforesaid defective "product", plaintiff has suffered and sustained disabling, serious permanent and progressive damages as follows: chronic abdominal wall inflammation with fibrosis and foreign body reaction with organizing abcesses requiring multiple surgical repairs and eventual removal of the "product"; damage to her intra-abdominal space, bowel, intestine, colon and organs of her body; that plaintiff has suffered, suffers and will in the future continue to suffer great physical pain and mental anguish, and her injuries are permanent, painful, progressive and disabling; that plaintiff sustained medical expenses and bills.

WHEREFORE, plaintiff, Beverly Diffee, demands judgment against defendants C. R. Bard, Inc. and Davol, Inc., in an amount that is fair and reasonable and in excess of $25,000.00

Case 1:07-01860-ML-CDA Document 1 Filed 05/30/2007 Page 6 of 36

and for her costs herein expended, and for such other and further relief as the Court deems just and proper under the circumstances.

COUNT II

Comes now plaintiff, Beverly Diffee, and for Count II of her cause of action against Defendant Tenet Health System DI, Inc., d/b/a Des Peres Hospital, states to the Court as follows:

7. Plaintiff restates and realleges as if fully set forth herein paragraphs 1-6 of Count I.

8. That at all times herein mentioned, defendant Tenet Health System DI, Inc., d/b/a Des Peres Hospital, (Hereinafter referred to as "Des Peres Hospital"), was a foreign corporation in good standing licensed to do business and having its principal place of business in the State of Missouri, and owned and operated Des Peres Hospital located in the County of St. Louis, State of Missouri.

9. That defendant Des Peres Hospital, by and through its agents, servants and employees purchased, placed into the stream of commerce and caused to be implemented into plaintiff a "Bard Composix 7.7" x 9.7" Mesh Patch X-Large Oval", Product Code 0010208, Lot #43BPD339, (hereinafter "product"), and surgically implanted said "product" into plaintiff's body on April 18, 2005.

10. That at the time the "product" was surgically implanted into plaintiff, it was in a defective condition

unreasonably dangerous when put to a reasonably anticipated use in the following respects.

a) That the "product" contained a "memory recoil ring" that has a propensity to break under the stress of normal use and placement of the product in the intra-abdominal space which can cause bowel perforations, punctures, gastro-intestinal leaks, chronic intestinal fistulae and other damage to internal organs.

b) That the "product" caused bowel damage and perforations after correct and intended placement in the body.

11. That as a direct and proximate result of the aforesaid defective "product", plaintiff has suffered and sustained disabling, serious permanent and progressive damages as follows: chronic abdominal wall inflammation with fibrosis and foreign body reaction with organizing abscesses requiring multiple surgical repairs and eventual removal of the "product"; damage to her intra-abdominal space, bowel, intestine, colon and organs of her body; that plaintiff has suffered, suffers and will in the future continue to suffer great physical pain and mental anguish, and her injuries are permanent, painful, progressive and disabling; that plaintiff sustained medical expenses and bills.

WHEREFORE, plaintiff, Beverly Diffee, demands judgment against defendant, Tenet Health System DI, Inc., d/b/a Des Peres Hospital, in an amount that is fair and reasonable and in excess

of $25,000.00, and for her costs herein expended, and for such other and further relief as the Court deems just and proper under the circumstances.

Robert H. Pedroli - 34257
Eric A. Ruttencutter - 38883
PEDROLI & GAUTHIER
Attorneys for Plaintiffs
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (Fax)

04/17/07
smj

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

BEVERLY DIFFEE, )
) Dated: April 17, 2007
Plaintiff, )
) Cause No. 07CC-001600
vs. )
) Division No. 13
C. R. BARD, INC., )
And )
DAVOL, INC., )
And )
TENET HEALTH SYSTEM, DI, INC. )
D/B/A DES PERES HOSPITAL, )
Defendants. )

2007 APR 17 PM 4:33

MEMORANDUM TO CLERK

Summons and Petition ordered to issue on defendant, Tenet Health System, DI, Inc., d/b/a Des Peres Hospital, by serving:

Tenet Health System, DI, Inc.
d/b/a Des Peres Hospital
Registered Agent
The Corporation Company
120 S. Central Avenue
St. Louis, MO 63105

Service to be made by the Sheriff of St. Louis County, Missouri.

Eric A. Ruttencutter - 38883
Robert H. Pedroli, Jr. - 34257
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (FAX)

Case 4:07-cv-00911-CEJ Document 1 Filed 05/30/2007 Page 10 of 36

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

| | | |
|---|---|---|
| BEVERLY DIFFEE, | ) | |
| | ) | |
| | ) | Dated: April 17, 2007 |
| Plaintiff, | ) | |
| | ) | Cause No. |
| vs. | ) | |
| | ) | Division No. |
| C. R. BARD, INC., | ) | |
| | ) | |
| And | ) | 13 |
| | ) | |
| DAVOL, INC., | ) | |
| | ) | |
| And | ) | |
| | ) | |
| TENET HEALTH SYSTEM, DI, INC. D/B/A DES PERES HOSPITAL, | ) | |
| | ) | |
| Defendants. | ) | |

07CC-001608

2007 APR 17 PM 4:32

## MEMORANDUM TO CLERK

Summons and Petition ordered to issue on defendant,

C. R. Bard, Inc. , by serving:

C. R. Bard, Inc.
Registered Agent
CT Corporation system
10 Weybosset Street
Providence, RI 02903

Service to be made by the Sheriff of Providence County, Rhode Island.

Eric A. Ruttencutter - 38883
Robert H. Pedroli, Jr. - 34257
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (FAX)

04/17/07
smj

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

| | |
|---|---|
| BEVERLY DIFFEE, Plaintiff, | Dated: April 17, 2007 |
| vs. | Cause No. 07CC-001600 |
| C. R. BARD, INC., And DAVOL, INC., And TENET HEALTH SYSTEM, DI, INC. D/B/A DES PERES HOSPITAL, Defendants. | Division No. 13 |

2007 APR 17 PM 4:32

MEMORANDUM TO CLERK

Summons and Petition ordered to issue on defendant, Davol, Inc., by serving:

Davol, Inc.
Registered Agent
CT Corporation system
10 Weybosset Street
Providence, RI 02903

Service to be made by the Sheriff of Providence County, Rhode Island.

Eric A. Ruttencutter - 38883
Robert H. Pedroli, Jr. - 34257
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (FAX)

04/17/07
smj

# THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the partes. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| BEVERLY DIFFEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation, C.R. BARD, INC., a New Jersey Corporation, and TENET HEALTH SYSTEM, DI, INC., d/b/a DES PERES HOSPITAL, a Missouri Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 07CC-001600 |

**TO:** Robert H. Pedroli, Esq.
Eric A. Rottencutter, Esq.
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911

***Counsel for Plaintiff***

**COUNSEL:**

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Eastern District of Missouri, Eastern Division ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on May 30, 2007. A copy of this notice is on file with the District Court. The Circuit Court of St. Louis County, Missouri may proceed no further unless or until this case is remanded.

EXHIBIT
B

Date: May 30, 2007

Respectfully submitted,

Kara Stubbs MO #43414
Dennie Michelle Zankel MO #51345
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Michael L. Junk
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendants
C.R. Bard, Inc. and DAVOL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, a copy of the foregoing was mailed first-class, postage prepaid, upon the following:

Robert H. Pedroli, Esq.
Eric A. Rottencutter, Esq.
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911

Attorneys for Plaintiff

Russell Makepeace
Sandberg, Phoneix & von Gontard, P.C.
One City Centre, 15th Floor
515 North 6th Street
St. Louis, MO 63101-1880
T 314.231.3332
F 314.241.7604

Attorneys for Tenet Health System, DI, Inc., d/b/a Des Peres Hospital

Dennie M. Zankel

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION**

| | | |
|---|---|---|
| BEVERLY DIFFEE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: ___________ |
| DAVOL INC., a Rhode Island corporation, C.R. BARD, INC., a New Jersey Corporation, and TENET HEALTH SYSTEM, DI, INC., d/b/a DES PERES HOSPITAL, a Missouri Corporation, | ) | |
| Defendants. | ) | |

**JOINDER AND CONSENT TO REMOVAL**

Tenet Health System, DI, Inc., d/b/a Des Peres Hospital ("Tenet Health") hereby joins in the Notice of Removal filed in this Court by C.R. Bard, Inc. and Davol Inc. on May 30, 2007. Tenet Health reserves any and all defenses it may have to this action.

Russell Makepeace
Sandberg, Phoneix & von Gontard, P.C.
One City Centre, 15th Floor
515 North 6th Street
St. Louis, MO 63101-1880
T 314.231.3332
F 314.241.7604

Attorneys for Tenet Health System, DI, Inc., d/b/a Des Peres Hospital

EXHIBIT C

## NOTICE TO SHERIFF - DOCUMENTS TO BE SERVED WITH PETITION

- ☐ Certificate of Dissolution of Marriage
- ☐ Financial Statements
- ☐ Notice
- ☐ Temporary Restraining Order
- ☐ Interrogatories
- ☐ Other (Specify) ______________
- ☐ FC Filing Certificate
- ☐ Motion/Affidavit for PDL
- ☐ Order of Appointment of Next Friend
- ☐ Request for Production
- ☐ Limited Entry of Appearance
- ☒ Notice of ~~Parent Education Class/~~ Mediation Services

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

(1) By delivering on the _____ day of __________________ 200____ a copy of the summons, petition, and any documents checked above to the within-named defendant/respondent ______________________________

(2) By leaving on the __________day of ____________________ 200____ for the within named defendant/respondent ______________________________ a copy of the summons, petition, and any documents checked above at the dwelling place or usual place of abode of said defendant/respondent with some person of his or her family over the age of 15 years;

(3) By______________________________

APR 20 2007

APR 20 2007

I hereby certify that on this date in St. Louis County, at [illegible] S. Central Ave., I served a copy of the within on the defendant named by delivering a copy to [illegible] The Corp. Co., the registered agent [illegible], by leaving copy with B. Love, E. King, [illegible]

Jim Buckles
Sheriff, St. Louis County

by: [signature]
Deputy Sheriff

All done in ______________ County, Missouri.

Sheriff's fees:
Summons 20
Non est ______
Mileage 6
Total 26.

Sheriff of ______________ County, Missouri

By______________________
Deputy Sheriff

## CERTIFICATE OF MAILING

I certify that on the ____________ day of ______________________, 200 _______,
I mailed a copy of the summons, petition and any documents checked above to defendant/respondent by (registered) (certified) mail, requesting a return receipt signed by the addressee only, to the defendant/respondent at the address furnished by plaintiff(s)/petitioner(s).

**JOAN M. GILMER,** Circuit Clerk

Date: ____________________

By ______________________
Deputy Clerk

# IN THE CIRCUIT CLERK COURT OF ST. LOUIS COUNTY, MISSOURI

DIFFEE, BEVERLY — PLAINTIFF

07CC-001600 U CV — CASE NUMBER

VS

C R BARD INC — DEFENDANT

SUMMONS

THE STATE OF MISSOURI TO: DEFENDANT (3)

TENET HEALTH SYSTEM DI INC
THE CORPORATION COMPANY - REG
120 S CENTRAL AVENUE
ST LOUIS, MO 63105

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THE ABOVE-NAMED COURT AND TO FILE YOUR PLEADING TO THE PETITION, A COPY OF WHICH IS ATTACHED HERETO, AND TO SERVE A COPY OF YOUR PLEADING UPON THE ATTORNEY OR PARTY WHOSE NAME AND ADDRESS IS LISTED BELOW: ALL WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, JUDGMENT OF DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.

DATE ISSUED: APRIL 19, 2007

ATTORNEY:
ROBERT PEDROLI
PEDROLI & ASSOCIATES
STE 2250
7777 BONHOMME AVENUE
CLAYTON, MO 63105

SEAL OF THE CIRCUIT COURT OF ST. LOUIS COUNTY MISSOURI

**JOAN M. GILMER,** Circuit Clerk

By Janet Gallo
Deputy Clerk

**SPECIAL NEEDS: If you have special needs addressed by the American With Disabilities Act, please notify the Office of the Circuit Clerk at 314/615-8029, FAX 314/615-8739, or TTY at 314/615-4567, at least three business days in advance of the court proceeding.**

CCCDT186 Rev. 01/06

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

DIFFEE, BEVERLY — 07CC-001600 U CV
PLAINTIFF — CASE NUMBER

VS

C R BARD INC ETAL
DEFENDANT

## S U M M O N S   F O R   S E R V I C E   O U T S I D E   T H E   S T A T E

THE STATE OF MISSOURI TO: DEFENDANT (2)

DAVOL INC
CT CORPORATION SYSTEM - REG
10 WEYBOSSET STREET
PROVIDENCE RI 02903

YOU ARE SUMMONED TO APPEAR BEFORE THIS COURT AND TO FILE YOUR PLEADING TO THE PETITION, COPY OF WHICH IS ATTACHED, AND TO SERVE A COPY OF YOUR PLEADING UPON THE ATTORNEY OR PARTY WHOSE NAME AND ADDRESS IS LISTED BELOW ALL WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO FILE YOUR PLEADING, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITON.

*****SPECIAL NEEDS PHONE NUMBERS CHANGE EFFECTIVE 9-13-99 AS FOLLOWS******
CIRCUIT CLERK'S OFFICE 314/615-8029; FAX 314/615-8739; TTY 314/615-4567

DATE ISSUED: APRIL 18, 2007

ATTORNEY:

ROBERT HENRY PEDROLI
PEDROLI & ASSOCIATES
STE 2250
7777 BONHOMME AVENUE
CLAYTON MO 63105
(314) 726-1817

SEAL OF THE CIRCUIT COURT OF ST. LOUIS COUNTY MISSOURI

**JOAN M. GILMER,** Circuit Clerk

By [signature]
Deputy Clerk

(JG)

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314/615-8029, FAX 314/615-8739, or TTY at 314/615-4567, at least three business days in advance of the court proceeding.**

Case 4:07-cv-01045-CEJ Document 1 Filed 05/18/2007 Page 20 of 36

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

DIFFEE, BEVERLY

PLAINTIFF

VS

C R BARD INC ETAL

DEFENDANT

07CC-001600 U CV

CASE NUMBER

## S U M M O N S  F O R  S E R V I C E  O U T S I D E  T H E  S T A T E

THE STATE OF MISSOURI TO: DEFENDANT (1)

C R BARD INC
CT CORPORATION SYSTEM - REG
10 WEYBOSSET STREET
PROVIDENCE RI 02903

YOU ARE SUMMONED TO APPEAR BEFORE THIS COURT AND TO FILE YOUR PLEADING TO THE PETITION, COPY OF WHICH IS ATTACHED, AND TO SERVE A COPY OF YOUR PLEADING UPON THE ATTORNEY OR PARTY WHOSE NAME AND ADDRESS IS LISTED BELOW ALL WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO FILE YOUR PLEADING, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITON.

******SPECIAL NEEDS PHONE NUMBERS CHANGE EFFECTIVE 9-13-99 AS FOLLOWS*******
CIRCUIT CLERK'S OFFICE 314/615-8029; FAX 314/615-8739; TTY 314/615-4567

DATE ISSUED: APRIL 18, 2007

ATTORNEY:

ROBERT HENRY PEDROLI
PEDROLI & ASSOCIATES
STE 2250
7777 BONHOMME AVENUE
CLAYTON MO 63105
(314) 726-1817




**JOAN M. GILMER,** Circuit Clerk

By Janet Gallo
Deputy Clerk

(JG)

**SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314/615-8029, FAX 314/615-8739, or TTY at 314/615-4567, at least three business days in advance of the court proceeding.**

**WHITE - Sheriff's Return** **YELLOW - Service Copy** **PINK - Court File**

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

| | |
|---|---|
| BEVERLY DIFFEE, | ) |
| | ) |
| | ) Dated: April 17, 2007 |
| Plaintiff, | ) |
| | ) Cause No. |
| vs. | ) |
| | ) Division No. |
| C. R. BARD, INC., | ) |
| | ) |
| And | ) |
| | ) |
| DAVOL, INC., | ) |
| | ) |
| And | ) |
| | ) |
| TENET HEALTH SYSTEM, DI, INC. D/B/A DES PERES HOSPITAL, | ) |
| | ) |
| Defendants. | ) |

13

MEMORANDUM TO CLERK

Summons and Petition ordered to issue on defendant, C. R. Bard, Inc. , by serving:

C. R. Bard, Inc.
Registered Agent
CT Corporation system
10 Weybosset Street
Providence, RI 02903

Service to be made by the Sheriff of Providence County, Rhode Island.

Eric A. Ruttencutter - 38883
Robert H. Pedroli, Jr. - 34257
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (FAX)

04/17/07
smj

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

| | |
|---|---|
| BEVERLY DIFFEE, Plaintiff, | Dated: April 17, 2007 |
| vs. | Cause No. |
| C. R. BARD, INC., And DAVOL, INC., And TENET HEALTH SYSTEM, DI, INC. D/B/A DES PERES HOSPITAL, Defendants. | Division No. |

07CC-001560

13

50

2007 APR 17 PM 3:02

MEMORANDUM TO CLERK

Summons and Petition ordered to issue on defendant, Davol, Inc., by serving:

Davol, Inc.
Registered Agent
CT Corporation system
10 Weybosset Street
Providence, RI 02903

Service to be made by the Sheriff of Providence County, Rhode Island.

Eric A. Ruttencutter - 38883
Robert H. Pedroli, Jr. - 34257
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (FAX)

04/17/07
smj

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI
TWENTY-FIRST JUDICIAL CIRCUIT

BEVERLY DIFFEE,

Plaintiff,

vs.

C. R. BARD, INC.,

And

DAVOL, INC.,

And

TENET HEALTH SYSTEM, DI, INC.
D/B/A DES PERES HOSPITAL,

Defendants.

Dated: April 17, 2007

Cause No. 07CC-001600

Division No.

13

50

2007 APR 17 PM 4:33

MEMORANDUM TO CLERK

Summons and Petition ordered to issue on defendant, Tenet Health System, DI, Inc., d/b/a Des Peres Hospital, by serving:

Tenet Health System, DI, Inc.
d/b/a Des Peres Hospital
Registered Agent
The Corporation Company
120 S. Central Avenue
St. Louis, MO 63105

Service to be made by the Sheriff of St. Louis County, Missouri.

Eric A. Ruttencutter - 38883
Robert H. Pedroli, Jr. - 34257
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (FAX)

In the
# CIRCUIT COURT
## of St. Louis County, Missouri

This Circuit Civil/Equity Cover Sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required by the Clerk of this Court for the purpose of initiating case processing. (See instructions below.)

07CC-001600 50
Case Number

Division 13

For File Stamp Only

## Circuit Civil/Equity Cover Sheet

| 1. PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| Beverly Diffee | C. R. Bard, Inc, and Davol, Inc., and Tenet Health System, DI, Inc. d/b/a Des Peres Hospital |

| First Plaintiff's: | First Defendant's: |
|---|---|
| (b) Address 6881 Elm Point Lane, St. Louis, MO 63129 | (b) Address |
| Telephone 314/846-8095 | Telephone |
| (c) Attorney Robert H. Pedroli, Jr./Eric A. Buttercutter | (c) Attorney |
| Bar # 34257 | Bar # |
| Firm Pedroli & Gauthier | Firm |
| Address 7777 Bonhomme Avenue, Suite 2250, Clayton, MO 63105-1911 | Address |
| Telephone 314/726-1817 | Telephone |
| Fax # 314/726-6087 | Fax # |

## 2. NATURE OF ACTION CODE (PLACE AN "X" IN ONLY ONE BOX)

**CIVIL**
- ☐ 10100 PERSONAL INJURY VEHICULAR
- ☒ 10200 PERSONAL INJURY PRODUCT LIA.
- ☐ 10300 PERSONAL INJURY MALPRACTICE
- ☐ 10400 PERSONAL INJURY OTHER
- ☐ 11000 PROPERTY DAMAGE
- ☐ 11100 WRONGFUL DEATH
- ☐ 11900 TORT – OTHER
- ☐ 11910 INTENTIONAL TORT
- ☐ 20100 SUIT ON CONTRACT
- ☐ 20101 AGREEMENT
- ☐ 20105 ACCOUNT
- ☐ 20110 NOTE
- ☐ 40100 SUIT- ENFORCE MECHANIC'S LIEN
- ☐ 40200 EMINENT DOMAIN – STATE
- ☐ 40210 EMINENT DOMAIN – COUNTY
- ☐ 40220 EMINENT DOMAIN – OTHER
- ☐ 40230 EXCEPTION
- ☐ 70100 REG OF FOREIGN JUDGMENT–CV
- ☐ 70200 TAX ACTION
- ☐ 70400 SMALL CLAIMS TRIAL DE NOVO
- ☐ 70500 POST-CONV RELIEF–RULE 24.035
- ☐ 70505 POST-CONV RELIEF–RULE 29.15
- ☐ 71900 MISC. – CV
- ☐ 71920 REPLEVIN
- ☐ 71925 WILL CONTEST
- ☐ 71935 PRO FORMA DECREE
- ☐ 71971 TRIAL DE NOVO FROM ASSOC DIV
- ☐ 71999 MISC CV–SUBPOENA/FOREIGN JUR

**EQUITY**
- ☐ 31900 OTHER ADMINISTRATIVE REVIEW
- ☐ 41900 OTHER REAL ESTATE
- ☐ 41910 FORECLOSURE
- ☐ 41920 QUIET TITLE
- ☐ 41930 EJECTMENT
- ☐ 41940 PARTITION
- ☐ 50100 HABEAS CORPUS
- ☐ 50120 MANDAMUS
- ☐ 50200 INJUNCTION
- ☐ 50210 TEMPORARY RESTRAINING ORDER
- ☐ 50300 DECLARATORY JUDGMENT
- ☐ 51900 OTHER EXTRAORDINARY REMEDY
- ☐ 51910 PROHIBITION
- ☐ 70600 EXPUNGEMENT- ARREST RECORD
- ☐ 71910 FORFEITURE
- ☐ 71915 INTERNAL AFFAIRS OF TRUST (PROBATE - DIV)
- ☐ 71930 SPECIFIC PERFORMANCE
- ☐ 71940 MISC – EQ
- ☐ 71950 WRIT OF CERTIORARI
- ☐ 71977 MISC EQ-STUDENT TRIAL DE NOVO

Signature of Person Filing: [signature]

## Instructions for Completing Circuit Civil/Equity Cover Sheet

As part of our reporting requirements to the Missouri Supreme Court and the Office of the State Courts Administrator you are required to complete and submit this Circuit Civil/Equity Cover Sheet at the time you file your cause of action. Your cause of action will not be accepted and/or processed unless it is accompanied by this Circuit Civil/Equity Cover Sheet at the time of filing. The person, or attorney, filing the cause of action should complete the form as follows:

1. Plaintiff(s)/Defendant(s): Enter the names (last, first, middle initial) of plaintiff(s) and defendant(s). If the plaintiff or defendant is a:
   Corporation – Include the name of the registered agent or corporate officer.
   Government Agency – Use only the full name or standard abbreviations.
   Government Official – Identify the Agency and then the official, giving both title and name.
   If all the parties' names cannot fit on this form, list them on an attachment, noting in this section "see attachment."
   (b) Address Enter the address, telephone number, of the first plaintiff and defendant, include zip code.
   (c) Attorneys Enter the firm name, address, zip code, telephone & fax number, and bar number(s) of the attorney(s) of record. If there are several attorneys, list them on an attachment, noting in this section "see attachment."
2. Nature of Action. Place an "x" in the one appropriate box which corresponds to the type of action you are filing.
3. **NOTE: If there are multiple counts in the petition that are considered both Civil and Equity, it is the responsibility of the filing party to choose the one appropriate nature of action. The assignment of the case is subject to review by the Presiding Judge. Based on a review, the case may be reassigned.**

STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| BEVERLY DIFFEE, | ) |
| | ) |
| Plaintiff, | ) Cause No. |
| | ) |
| vs. | ) Division No. |
| | ) |
| C. R. BARD, INC., | ) |
| Serve: | ) |
| Registered Agent | ) |
| CT Corporation System | ) 13 |
| 10 Weybosset Street | ) |
| Providence, RI 02903 | ) |
| | ) |
| and | ) 50 |
| | ) |
| DAVOL, INC., | ) |
| Serve: | ) |
| Registered Agent | ) |
| CT Corporation System | ) |
| 10 Weybosset Street | ) |
| Providence, RI 02903 | ) |
| | ) |
| and | ) |
| | ) |
| TENET HEALTH SYSTEM, DI, INC. | ) |
| D/B/A DES PERES HOSPITAL, | ) |
| Serve: | ) |
| Registered Agent | ) |
| The Corporation Company | ) |
| 120 S. Central Avenue | ) |
| St. Louis, MO 63105 | ) |
| | ) |
| Defendants. | ) |

PETITION FOR DAMAGES

COUNT I

Comes now plaintiff, Beverly Diffee, and for Count I of her cause of action against defendants C. R. Bard, Inc. and Davol, Inc., states to the Court as follows:

1. That at all times herein mentioned, plaintiff, Beverly Diffee, was and is a citizen of the State of Missouri.

2. That at all times herein mentioned, defendant, C. R. Bard, Inc. and Davol, Inc., were and are foreign corporations duly licensed and existing under the laws of the State of Delaware, with their principal place of business in the State of Rhode Island.

3. That C. R. Bard, Inc. and Davol, Inc., in the course of their business, manufactured, designed and sold a hernia mesh hereinafter referred to as the "Bard Composix 7.7" x 9.7" Mesh Patch X-Large Oval", Product Code 0010208, Lot # 43BPD339, (hereinafter "product").

4. That on April 18, 2005, plaintiff underwent surgery at Des Peres Hospital for repair of a ventral hernia with mesh, and the "product" was inserted into the wound and fixed into place, as it was intended to be used.

5. That at the time the "product" was designed, manufactured, distributed, supplied and put into the stream of commerce by defendants C. R. Bard, Inc. and Davol, Inc., it was

Case 4:07-cv-01860-M-LEA Document 12-2 Filed 05/30/2007 Page 27 of 36

in a defective condition unreasonably dangerous when put to a reasonably anticipated use in the following respects:

a) That the "product" contained a "memory recoil ring" that has a propensity to break under the stress of normal use and placement of the "product" in the intra-abdominal space which can cause bowel perforations, punctures, gastro-intestinal leaks, chronic intestinal fistulae and other damage to internal organs.

b) That the "product" caused bowel damage and perforations after correct and intended placement in the body.

6. That as a direct and proximate result of the aforesaid defective "product", plaintiff has suffered and sustained disabling, serious permanent and progressive damages as follows: chronic abdominal wall inflammation with fibrosis and foreign body reaction with organizing abcesses requiring multiple surgical repairs and eventual removal of the "product"; damage to her intra-abdominal space, bowel, intestine, colon and organs of her body; that plaintiff has suffered, suffers and will in the future continue to suffer great physical pain and mental anguish, and her injuries are permanent, painful, progressive and disabling; that plaintiff sustained medical expenses and bills.

WHEREFORE, plaintiff, Beverly Diffee, demands judgment against defendants C. R. Bard, Inc. and Davol, Inc., in an amount that is fair and reasonable and in excess of $25,000.00

and for her costs herein expended, and for such other and further relief as the Court deems just and proper under the circumstances.

COUNT II

Comes now plaintiff, Beverly Diffee, and for Count II of her cause of action against Defendant Tenet Health System DI, Inc., d/b/a Des Peres Hospital, states to the Court as follows:

7. Plaintiff restates and realleges as if fully set forth herein paragraphs 1-6 of Count I.

8. That at all times herein mentioned, defendant Tenet Health System DI, Inc., d/b/a Des Peres Hospital, (Hereinafter referred to as "Des Peres Hospital"), was a foreign corporation in good standing licensed to do business and having its principal place of business in the State of Missouri, and owned and operated Des Peres Hospital located in the County of St. Louis, State of Missouri.

9. That defendant Des Peres Hospital, by and through its agents, servants and employees purchased, placed into the stream of commerce and caused to be implemented into plaintiff a "Bard Composix 7.7" x 9.7" Mesh Patch X-Large Oval", Product Code 0010208, Lot #43BPD339, (hereinafter "product"), and surgically implanted said "product" into plaintiff's body on April 18, 2005.

10. That at the time the "product" was surgically implanted into plaintiff, it was in a defective condition

Case 4:07-cv-00910-MLM Document 1 Filed 05/08/2007 Page 29 of 36

unreasonably dangerous when put to a reasonably anticipated use in the following respects.

a) That the "product" contained a "memory recoil ring" that has a propensity to break under the stress of normal use and placement of the product in the intra-abdominal space which can cause bowel perforations, punctures, gastro-intestinal leaks, chronic intestinal fistulae and other damage to internal organs.

b) That the "product" caused bowel damage and perforations after correct and intended placement in the body.

11. That as a direct and proximate result of the aforesaid defective "product", plaintiff has suffered and sustained disabling, serious permanent and progressive damages as follows: chronic abdominal wall inflammation with fibrosis and foreign body reaction with organizing abscesses requiring multiple surgical repairs and eventual removal of the "product"; damage to her intra-abdominal space, bowel, intestine, colon and organs of her body; that plaintiff has suffered, suffers and will in the future continue to suffer great physical pain and mental anguish, and her injuries are permanent, painful, progressive and disabling; that plaintiff sustained medical expenses and bills.

WHEREFORE, plaintiff, Beverly Diffee, demands judgment against defendant, Tenet Health System DI, Inc., d/b/a Des Peres Hospital, in an amount that is fair and reasonable and in excess

Case 4:07-cv-00941-CEJ Document 1 Filed 05/30/2007 Page 30 of 36

of $25,000.00, and for her costs herein expended, and for such other and further relief as the Court deems just and proper under the circumstances.

Robert H. Pedroli - 34257
Eric A. Ruttencutter - 38883
PEDROLI & GAUTHIER
Attorneys for Plaintiffs
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (Fax)

04/17/07
smj

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| *BEVERLY DIFFEE,* Plaintiff, | ) | |
| v. | ) | Cause No. 07-CC-001600 |
| *C.R. BARD, INC., DAVOL, INC., and TENET HEALTHSYSTEM, DI, INC. D/B/A DES PERES HOSPITAL,* Defendants. | ) | Division No. |

2007 MAY 18 PM 3:48

## ENTRY OF APPEARANCE

COMES Now Russell L. Makepeace and the law firm of Sandberg, Phoenix & von Gontard, P.C., and hereby enter their appearance on behalf of Tenet HealthSystem DI, Inc., d/b/a Des Peres Hospital.

SANDBERG, PHOENIX & von GONTARD, P.C.

By: [signature]

Russell L. Makepeace, #51359
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail: rmakepeace@spvg.com

Attorneys for Defendant
Tenet HealthSystem, DI, Inc. d/b/a
Des Peres Hospital

Case 4:07-cv-00945-ERW Document 12 Filed 05/18/2007 Page 32 of 36

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 18 day of May, 2007, to the following counsel of record:

Robert H. Pedroli
Eric A. Ruttencutter
Pedroli & Gauthier
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
Attorneys for Plaintiff

[signature]

Case 4:07-cv-01041-CEJ Document 1 Filed 05/30/2007 Page 33 of 36

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

2007 ... 18 PM 3:48

| | | |
|---|---|---|
| *BEVERLY DIFFEE,*<br><br>Plaintiff,<br><br>v.<br><br>*C.R. BARD, INC., DAVOL, INC., and TENET HEALTHSYSTEM, DI, INC. D/B/A DES PERES HOSPITAL,*<br><br>Defendants. | ) | Cause No. 07-CC-001600<br><br>Division No. |

---

**<u>ANSWER OF DEFENDANT DES PERES HOSPITAL</u>**
**<u>TO PLAINTIFF'S PETITION FOR DAMAGES</u>**

**<u>COUNT I</u>**

COMES NOW Defendant Tenet HealthSystem DI, Inc., d/b/a Des Peres Hospital by and through its counsel of record, Sandberg, Phoenix & von Gontard, P.C., and for its Answer to Count I of the plaintiff's Petition For Damages states that the allegations contained therein are not directed to this defendant, but in the event said allegations are deemed directed to defendant, the following responses are made:

1. Defendant lacks sufficient knowledge or information to respond to the allegations contained in paragraph 1 and therefore denies same.

2. Defendant lacks sufficient knowledge or information to respond to the allegations contained in paragraph 2 and therefore denies same.

3. Defendant lacks sufficient knowledge or information to respond to the allegations contained in paragraph 3 and therefore denies same.

::ODMA\PCDOCS\SPVGDOCS\1346375\1

Case 4:07-cv-00910-MLM Document 1 Filed 05/08/2007 Page 3 of 36

4. Upon information and belief, defendant admits that plaintiff underwent surgery at Des Peres Hospital for repair of a hernia. Except as expressly admitted herein, defendant denies the allegations contained in paragraph 4.

5. Defendant denies the allegations contained in paragraph 5 including all subparts (a) through (b).

6. Defendant denies the allegations contained in paragraph 6.

WHEREFORE, Having responded to the allegations in Count I of plaintiff's Petition For Damages, defendant moves for judgment in its favor with costs taxed to plaintiff.

**COUNT II**

COMES NOW Defendant, Des Peres Hospital, by and through its counsel of record, Sandberg, Phoenix & von Gontard, P.C., and for its response to Count II of plaintiff's Petition For Damages states:

7. Defendant restates and incorporates its responses to paragraphs 1 through 6 of Count I from plaintiff's Petition For Damages, as if fully set forth herein.

8. Defendant admits that it is a corporation in good standing in the State of Missouri operating Des Peres Hospital in St. Louis County. Express as expressly admitted herein, defendant denies the allegations contained in paragraph 8 of defendant's Petition For Damages.

9. Defendant denies the allegations contained in paragraph 9.

10. Defendant denies the allegations contained in paragraph 10 including all subparts (a) and (b).

11. Defendant denies the allegations contained in paragraph 11.

WHEREFORE, Having responded to the allegations contained in Count II of plaintiff's Petition For Damages, defendant moves for judgment in its favor with costs taxed to plaintiff.

Case 4:07-cv-01860-DDN Document 1-2 Filed 10/30/2007 Page 35 of 36

**AFFIRMATIVE DEFNESES APPLICABLE TO ALL COUNTS**

1. In further answer and defense, Defendant intends to rely upon the rights and benefits of RSMO. Chapter 538, as amended by H.B.393 on August 28, 2005, including all subparts, and, pursuant to Section 538.210.1 as amended by H.B.393, effective August 28, 2005, requests the damage caps, and, pursuant to §538.220.2.2, as amended by H.B.393 effective August 28, 2005, Defendant requests that the Court include in any judgment a requirement that future damages be paid in whole or in part in periodic or installment payments and subject to forfeiture under that statute.

2. Defendant requests an apportionment of fault among all parties to this suit and among all tort-feasors who might settle with the plaintiff pursuant to RSMO. §538.230. Should the provisions of RSMO. §538.220.2 as amended by H.B.393 effective August 28, 2005 be determined to be inapplicable or if the parties agree otherwise, then defendant seeks a reduction/credit for any settlement monies received by the plaintiff from any tort-feasor under RSMO. §537.060.

3. Should the plaintiff submit a claim against this defendant as master for the conduct of any codefendant(s) as agent, servant or employee, then this defendant requests contribution – indemnity via cross claim from the codefendant under Missouri common law as set forth in MAI 30.02.

**DEFENDANT DEMANDS TIRAL BY JURY ON ALL COUNTS**

::ODMA\PCDOCS\SPVGDOCS\1346375\1

Case 4:07-cv-00994-CEJ Document 1 Filed 05/18/2007 Page 36 of 36

SANDBERG, PHOENIX & von GONTARD, P.C.

By: ______________________________

Russell L. Makepeace, #51359
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail: rmakepeace@spvg.com

Attorneys for Defendant
Tenet HealthSystem, DI, Inc. d/b/a
Des Peres Hospital

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 18 day of May, 2007, to the following counsel of record:

Robert H. Pedroli
Eric A. Ruttencutter
Pedroli & Gauthier
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
Attorneys for Plaintiff

______________________________

::ODMA\PCDOCS\SPVGDOCS\1346375\1