STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| BEVERLY DIFFEE, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. 07CC-001600 |
| | ) | |
| vs. | ) | Division No. 13 |
| | ) | |
| C. R. BARD, INC.,<br>Serve:<br>Registered Agent<br>CT Corporation System<br>10 Weybosset Street<br>Providence, RI 02903 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DAVOL, INC.,<br>Serve:<br>Registered Agent<br>CT Corporation System<br>10 Weybosset Street<br>Providence, RI 02903 | ) | 2007 APR 17 PM 4:33 |
| | ) | |
| and | ) | |
| | ) | |
| TENET HEALTH SYSTEM, DI, INC.<br>D/B/A DES PERES HOSPITAL,<br>Serve:<br>Registered Agent<br>The Corporation Company<br>120 S. Central Avenue<br>St. Louis, MO 63105 | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR DAMAGES

### COUNT I

Comes now plaintiff, Beverly Diffee, and for Count I of her cause of action against defendants C. R. Bard, Inc. and Davol, Inc., states to the Court as follows:

1. That at all times herein mentioned, plaintiff, Beverly Diffee, was and is a citizen of the State of Missouri.

2. That at all times herein mentioned, defendant, C. R. Bard, Inc. and Davol, Inc., were and are foreign corporations duly licensed and existing under the laws of the State of Delaware, with their principal place of business in the State of Rhode Island.

3. That C. R. Bard, Inc. and Davol, Inc., in the course of their business, manufactured, designed and sold a hernia mesh hereinafter referred to as the "Bard Composix 7.7" x 9.7" Mesh Patch X-Large Oval", Product Code 0010208, Lot # 43BPD339, (hereinafter "product").

4. That on April 18, 2005, plaintiff underwent surgery at Des Peres Hospital for repair of a ventral hernia with mesh, and the "product" was inserted into the wound and fixed into place, as it was intended to be used.

5. That at the time the "product" was designed, manufactured, distributed, supplied and put into the stream of commerce by defendants C. R. Bard, Inc. and Davol, Inc., it was

in a defective condition unreasonably dangerous when put to a reasonably anticipated use in the following respects:

a) That the "product" contained a "memory recoil ring" that has a propensity to break under the stress of normal use and placement of the "product" in the intra-abdominal space which can cause bowel perforations, punctures, gastro-intestinal leaks, chronic intestinal fistulae and other damage to internal organs.

b) That the "product" caused bowel damage and perforations after correct and intended placement in the body.

6. That as a direct and proximate result of the aforesaid defective "product", plaintiff has suffered and sustained disabling, serious permanent and progressive damages as follows: chronic abdominal wall inflammation with fibrosis and foreign body reaction with organizing abcesses requiring multiple surgical repairs and eventual removal of the "product"; damage to her intra-abdominal space, bowel, intestine, colon and organs of her body; that plaintiff has suffered, suffers and will in the future continue to suffer great physical pain and mental anguish, and her injuries are permanent, painful, progressive and disabling; that plaintiff sustained medical expenses and bills.

WHEREFORE, plaintiff, Beverly Diffee, demands judgment against defendants C. R. Bard, Inc. and Davol, Inc., in an amount that is fair and reasonable and in excess of $25,000.00

and for her costs herein expended, and for such other and further relief as the Court deems just and proper under the circumstances.

COUNT II

Comes now plaintiff, Beverly Diffee, and for Count II of her cause of action against Defendant Tenet Health System DI, Inc., d/b/a Des Peres Hospital, states to the Court as follows:

7. Plaintiff restates and realleges as if fully set forth herein paragraphs 1-6 of Count I.

8. That at all times herein mentioned, defendant Tenet Health System DI, Inc., d/b/a Des Peres Hospital, (Hereinafter referred to as "Des Peres Hospital"), was a foreign corporation in good standing licensed to do business and having its principal place of business in the State of Missouri, and owned and operated Des Peres Hospital located in the County of St. Louis, State of Missouri.

9. That defendant Des Peres Hospital, by and through its agents, servants and employees purchased, placed into the stream of commerce and caused to be implemented into plaintiff a "Bard Composix 7.7" x 9.7" Mesh Patch X-Large Oval", Product Code 0010208, Lot #43BPD339, (hereinafter "product"), and surgically implanted said "product" into plaintiff's body on April 18, 2005.

10. That at the time the "product" was surgically implanted into plaintiff, it was in a defective condition

unreasonably dangerous when put to a reasonably anticipated use in the following respects.

a) That the "product" contained a "memory recoil ring" that has a propensity to break under the stress of normal use and placement of the product in the intra-abdominal space which can cause bowel perforations, punctures, gastro-intestinal leaks, chronic intestinal fistulae and other damage to internal organs.

b) That the "product" caused bowel damage and perforations after correct and intended placement in the body.

11. That as a direct and proximate result of the aforesaid defective "product", plaintiff has suffered and sustained disabling, serious permanent and progressive damages as follows: chronic abdominal wall inflammation with fibrosis and foreign body reaction with organizing abscesses requiring multiple surgical repairs and eventual removal of the "product"; damage to her intra-abdominal space, bowel, intestine, colon and organs of her body; that plaintiff has suffered, suffers and will in the future continue to suffer great physical pain and mental anguish, and her injuries are permanent, painful, progressive and disabling; that plaintiff sustained medical expenses and bills.

WHEREFORE, plaintiff, Beverly Diffee, demands judgment against defendant, Tenet Health System DI, Inc., d/b/a Des Peres Hospital, in an amount that is fair and reasonable and in excess

of $25,000.00, and for her costs herein expended, and for such other and further relief as the Court deems just and proper under the circumstances.

Robert H. Pedroli - 34257
Eric A. Ruttencutter - 38883
PEDROLI & GAUTHIER
Attorneys for Plaintiffs
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
314/726-1817
314/726-6087 (Fax)

04/17/07
smj