IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

2007 ... 10 ... 3:48

| | | |
|---|---|---|
| *BEVERLY DIFFEE,* Plaintiff, | ) | |
| v. | ) | Cause No. 07-CC-001600 |
| *C.R. BARD, INC., DAVOL, INC., and TENET HEALTHSYSTEM, DI, INC. D/B/A DES PERES HOSPITAL,* | ) | Division No. |
| Defendants. | ) | |

**ANSWER OF DEFENDANT DES PERES HOSPITAL TO PLAINTIFF'S PETITION FOR DAMAGES**

**COUNT I**

COMES NOW Defendant Tenet HealthSystem DI, Inc., d/b/a Des Peres Hospital by and through its counsel of record, Sandberg, Phoenix & von Gontard, P.C., and for its Answer to Count I of the plaintiff's Petition For Damages states that the allegations contained therein are not directed to this defendant, but in the event said allegations are deemed directed to defendant, the following responses are made:

1. Defendant lacks sufficient knowledge or information to respond to the allegations contained in paragraph 1 and therefore denies same.

2. Defendant lacks sufficient knowledge or information to respond to the allegations contained in paragraph 2 and therefore denies same.

3. Defendant lacks sufficient knowledge or information to respond to the allegations contained in paragraph 3 and therefore denies same.

4. Upon information and belief, defendant admits that plaintiff underwent surgery at Des Peres Hospital for repair of a hernia. Except as expressly admitted herein, defendant denies the allegations contained in paragraph 4.

5. Defendant denies the allegations contained in paragraph 5 including all subparts (a) through (b).

6. Defendant denies the allegations contained in paragraph 6.

WHEREFORE, Having responded to the allegations in Count I of plaintiff's Petition For Damages, defendant moves for judgment in its favor with costs taxed to plaintiff.

**COUNT II**

COMES NOW Defendant, Des Peres Hospital, by and through its counsel of record, Sandberg, Phoenix & von Gontard, P.C., and for its response to Count II of plaintiff's Petition For Damages states:

7. Defendant restates and incorporates its responses to paragraphs 1 through 6 of Count I from plaintiff's Petition For Damages, as if fully set forth herein.

8. Defendant admits that it is a corporation in good standing in the State of Missouri operating Des Peres Hospital in St. Louis County. Express as expressly admitted herein, defendant denies the allegations contained in paragraph 8 of defendant's Petition For Damages.

9. Defendant denies the allegations contained in paragraph 9.

10. Defendant denies the allegations contained in paragraph 10 including all subparts (a) and (b).

11. Defendant denies the allegations contained in paragraph 11.

WHEREFORE, Having responded to the allegations contained in Count II of plaintiff's Petition For Damages, defendant moves for judgment in its favor with costs taxed to plaintiff.

**AFFIRMATIVE DEFNESES APPLICABLE TO ALL COUNTS**

1. In further answer and defense, Defendant intends to rely upon the rights and benefits of RSMO. Chapter 538, as amended by H.B.393 on August 28, 2005, including all subparts, and, pursuant to Section 538.210.1 as amended by H.B.393, effective August 28, 2005, requests the damage caps, and, pursuant to §538.220.2.2, as amended by H.B.393 effective August 28, 2005, Defendant requests that the Court include in any judgment a requirement that future damages be paid in whole or in part in periodic or installment payments and subject to forfeiture under that statute.

2. Defendant requests an apportionment of fault among all parties to this suit and among all tort-feasors who might settle with the plaintiff pursuant to RSMO. §538.230. Should the provisions of RSMO. §538.220.2 as amended by H.B.393 effective August 28, 2005 be determined to be inapplicable or if the parties agree otherwise, then defendant seeks a reduction/credit for any settlement monies received by the plaintiff from any tort-feasor under RSMO. §537.060.

3. Should the plaintiff submit a claim against this defendant as master for the conduct of any codefendant(s) as agent, servant or employee, then this defendant requests contribution – indemnity via cross claim from the codefendant under Missouri common law as set forth in MAI 30.02.

**DEFENDANT DEMANDS TIRAL BY JURY ON ALL COUNTS**

SANDBERG, PHOENIX & von GONTARD, P.C.

By: ______________________________

Russell L. Makepeace, #51359
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail: rmakepeace@spvg.com

Attorneys for Defendant
Tenet HealthSystem, DI, Inc. d/b/a
Des Peres Hospital

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 18 day of May, 2007, to the following counsel of record:

Robert H. Pedroli
Eric A. Ruttencutter
Pedroli & Gauthier
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
Attorneys for Plaintiff

______________________________