IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| *BEVERLY DIFFEE,* | ) | |
| Plaintiff. | ) | |
| v. | ) | Cause No. 4:07-cv-1045 |
| *DAVOL INC. AND TENET HEALTHSYSTEM, DI, INC., d/b/a DES PERES HOSPITAL, a Missouri Corporation,* | ) | Division No. |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri, notice is hereby given by counsel of record for Tenet HealthSystem DI, Inc., that the following corporate interests are disclosed:

1. The parent companies of the corporation:

Tenet HealthSystem DI, Inc., is wholly owned by Tenet HealthSystem Hospitals, Inc.
Tenet HealthSystem Hospitals, Inc. is wholly owned by Tenet Healthcare Corporation

2. Subsidiaries not wholly owned by the corporation:

Not applicable.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

Not applicable.

SANDBERG, PHOENIX & von GONTARD, P.C.

By: /s/ Russell L. Makepeace________________
Russell L. Makepeace, #119919
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail: rmakepeace@spvg.com

Attorneys for Defendant
Tenet Health System, DI, Inc., d/b/a
Des Peres Hospital

**Certificate of Service**

The undersigned certifies that a copy of the foregoing was sent by e-filing and United States mail, postage pre-paid, this 13th day of June, 2007, to the following counsel of record:

Robert H. Pedroli
Eric A. Ruttencutter
Pedroli & Gauthier
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911
mylgalworld@sbcglobal.net
Attorneys for Plaintiff

Dennie Michelle Zankel
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
zankel@bscr-law.com
Attorneys for DAVOL INC. and C.R. Bard, Inc.

/s/ Russell L. Makepeace________________