**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION**

| | | |
|---|---|---|
| BEVERLY DIFFEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation, C.R. BARD, INC., a New Jersey Corporation, and TENET HEALTH SYSTEM, DI, INC., d/b/a DES PERES HOSPITAL, a Missouri Corporation,<br><br>Defendants. | ) | Civil Action No.: ____________ |

**CORPORATE DISCLOSURE STATEMENT**

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Date: May 30, 2007

Respectfully submitted,

Dennie Michelle Zankel USDC ED MO #96550
Kara Stubbs
Baker, Sterchi, Cowden & Rice, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
(314) 231-2925
(314) 231-4857 (fax)

Of Counsel:

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for defendants
DAVOL INC. and C.R. BARD, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, a copy of the foregoing Answer and Affirmative Defenses was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Robert H. Pedroli, Esq.
Eric A. Rottencutter, Esq.
PEDROLI & GAUTHIER
7777 Bonhomme Avenue, Suite 2250
Clayton, MO 63105-1911

Attorneys for Plaintiff

Russell Makepeace
Sandberg, Phoneix & von Gontard, P.C.
One City Centre, 15th Floor
515 North 6th Street
St. Louis, MO 63101-1880
T 314.231.3332
F 314.241.7604

Attorneys for Tenet Health System, DI, Inc., d/b/a Des Peres Hospital

*via first-class mail, postage prepaid, and electronic notice*

Dennie M. Zankel