CLOSED, TRANSF, TRCK2

**U.S. District Court**
**Eastern District of Missouri (LIVE) (St. Louis)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-01045-CEJ**
**Internal Use Only**

Diffee v. C.R. Bard, Inc. et al
Assigned to: Honorable Carol E. Jackson
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/30/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Beverly Diffee** represented by **Robert H. Pedroli, Jr.**
PEDROLI AND GAUTHIER
7777 Bonhomme Avenue
Suite 2250
Clayton, MO 63105
314-726-1817
Fax: 314-726-6087
Email: mylegalworld@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.** represented by **Dennie M. Zankel**
BAKER AND STERCHI, L.L.C.
1010 Market Street
Suite 950
St. Louis, MO 63101
314-231-2925
Fax: 314-231-4857
Email: zankel@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Dennie M. Zankel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tenet Health System, DI, Inc.**
*doing business as* represented by **Russell L. Makepeace**
SANDBERG AND PHOENIX

Des Peres Hospital

One City Centre
15th Floor
St. Louis, MO 63101-1880
314-231-3332
Fax: 314-241-7604
Email: rmakepeace@spvg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2007 | | ANSWER to Complaint with Jury Demand filed by Tenet Health System, DI, Inc.. (See Copy of State Court File filed as an attachment to the Notice of Removal)(CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | 1 | NOTICE OF REMOVAL from St. Louis County Circuit Court, case number 07CC-001600, , filed by C.R. Bard, Inc. and Davol, Inc.. Filing fee $350.00 paid. (Attachments: # 1 Copy of State Court Case# 2 Civil Cover Sheet # 3 Original Filing Form)(CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | 2 | DEMAND for Trial by Jury filed by Defendants C.R. Bard, Inc. and Davol, Inc.. (CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | 3 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants C.R. Bard, Inc. and Davol, Inc.. Sent To: Plaintiff. (CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | 4 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE filed by Defendants C.R. Bard, Inc. and Davol, Inc.. (CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | 5 | ANSWER to Complaint with Jury Demand filed by C.R. Bard, Inc. and Davol, Inc..(CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | | Consent to Removal filed by Defendant Tenet Health System, DI, Inc.. (See Exhibit C filed as an attachment to the Notice of Removal) (CDD, ) (Entered: 06/01/2007) |
| 05/30/2007 | | Receipt # S2007-007254 in the amount of $350.00 for CIVIL FILING FEE, CIVIL FILING FEE-PART 2, CIVIL FILING FEE-PART 3 on behalf of BAKER, STERCHI, COWDEN & RICE. (CSW,) (Entered: 06/01/2007) |
| 06/01/2007 | 6 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendants C.R. Bard, Inc., Davol, Inc. Sent To: St. Louis County Circuit Court Clerk Executed by State Court Clerk (Zankel, Dennie) (Entered: 06/01/2007) |
| 06/13/2007 | 7 | DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE by Defendant Tenet Health System, DI, Inc.Parent companies: Tenet HealthSystem DI, Inc. is wholly owned by Tenet HealthSystem Hospitals, Inc.; Tenet HealthSystem Hospitals, Inc. is wholly owned by |

Case 1:07-cv-01860-ML-LDA Document 2-8 Filed 08/23/2007 Page 3 of 3

| | | |
|---|---|---|
| | | Tenet Healthcare Corporation, Subsidiaries: N/A, Publicly held company: N/A,. (Makepeace, Russell) (Entered: 06/13/2007) |
| 06/25/2007 | 8 | RULE 16 ORDER This case is assigned to Track: 2 Standard Rule 16 Conference set for 8/2/2007 09:30 AM before Honorable Carol E. Jackson; JSP not later than 10 days prior to scheduling conf.. Signed by Judge Carol E. Jackson on 6/25/07. (CQL, ) (Entered: 06/25/2007) |
| 06/26/2007 | 9 | CORRECTED RULE 16 ORDER This case is assigned to Track: 2 Joint Scheduling Plan due by 7/23/2007. Rule 16 Conference set for 8/2/2007 09:30 AM in In Chambers before Honorable Carol E. Jackson. Signed by Judge Carol E. Jackson on 6/26/07. (KXS, ) (Entered: 06/26/2007) |
| 07/23/2007 | 10 | MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by Defendants C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Zankel, Dennie) (Entered: 07/23/2007) |
| 07/23/2007 | 11 | ORDER; IT IS HEREBY ORDERED that defendants' unopposed motion to stay 10 is granted; IT IS FURTHER ORDERED that all further proceedings in this matter are stayed pending MDL transfer; Signed by Judge Carol E. Jackson on 07/23/2007; (DJO) (Entered: 07/23/2007) |
| 08/13/2007 | 12 | CONDITIONAL TRANSFER ORDER regarding multidistrict litigation by Clerk of the Panel in the USDC - RI. Signed by Judge Jeffery N Luthi on 8/3/07. (KKS, ) (Entered: 08/13/2007) |
| 08/16/2007 | 13 | ORDER OF MDL TRANSFER to: USDC for the District of Rhode Island. Signed by Judge Jeffery Luthi, Clerk of the Panel on 8/3/07. (KKS, ) Modified on 8/22/2007 (KKS, ). (Entered: 08/21/2007) |